Case 3:18-cr-00013-MAJ   Document 65   Filed 02/12/24   Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

United States of America
v.
Yomar Hernandez-Maldonado

Case No: 3:18-cr-00013-1 (MAJ)
USM No: 32881-069

Date of Original Judgment: 04/02/2019
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Rachel Brill, Federal Public Defender (D.P.R.)
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 90 months **is reduced to** 87 .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

*Defendant received a mandatory minimum sentence of sixty months for Count I (firearm possession in violation of 18 U.S.C. § 924(c)(1)(A)(i)). Reduction is applied as to Count II only. Under criminal history category III, Defendant's offense in Count II warranted a sentence ranging from 30 to 37 months. But under criminal history category II, his offense in Count II would warrant a sentence ranging from 27 to 33 months.

Except as otherwise provided, all provisions of the judgment dated 04/02/2019 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/12/2024

S/ Maria Antongiorgi-Jordan
*Judge's signature*

Effective Date:
*(if different from order date)*

Maria Antongiorgi-Jordan, U. S. District Judge
*Printed name and title*